IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DUPONT PERFORMANCE ELASTOMERS L.L.C. | ) ) ) |
| Plaintiff, | ) ) C. A. No. 06-242 |
| v. | ) ) |
| THE DOW CHEMICAL COMPANY. | ) **JURY TRIAL DEMANDED** |
| Defendant. | ) ) |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.7, please withdraw the appearance of Victor N. Balancia and his firm Morgan, Lewis & Bockius LLP, 1111 Pennsylvania Ave., NW, Washington, DC 20004, as counsel for plaintiff DuPont Performance Elastomers L.L.C. in this matter. Potter Anderson & Corroon LLP will remain as counsel.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Victor N. Balancia
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave.,N.W.
Washington, D.C. 20004
(202) 739-3000

Dated: April 12, 2006

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiff*
*DuPont Performance Elastomers L.L.C.*

727869