IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DUPONT PERFORMANCE ELASTOMERS L.L.C., | ) ) ) ) | |
| Plaintiff, | ) ) | C. A. No. 06-242 (KAJ) |
| v. | ) ) | |
| DOW CHEMICAL COMPANY, | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF DISMISSAL

Plaintiff DuPont Performance Elastomers L.L.C., through its undersigned counsel, hereby dismisses this action without prejudice, pursuant to F.R.C.P. 41(a)(1).

        POTTER ANDERSON & CORROON LLP

        By:  /s/ Richard L. Horwitz
            Richard L. Horwitz (#2246)
            David E. Moore (#3983)
            Hercules Plaza, 6th Floor
            1313 N. Market Street
            Wilmington, Delaware 19899-0951
            (302) 984-6000
            rhorwitz@potteranderson.com
            dmoore@potteranderson.com

Dated: August 4, 2006
        *Attorneys for Plaintiff*
        *DuPont Performance Elastomers L.L.C.*

743072 / 20120-378